1  ROGERS JOSEPH O'DONNELL & PHILLIPS
   THOMAS H. CARLSON (State Bar No. 121367)
2  AARON P. SILBERMAN (State Bar No. 161021)
   311 California Street
3  San Francisco, California 94104
   Telephone: 415.956.2828
4  Facsimile: 415.956.6457

5  Attorneys for Plaintiffs
   21X CAPITAL LTD. and DAVID A.
6  BREWER

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | 21X CAPITAL LTD.; DAVID A.        | Case No. C06-04135 JW (HRL)
   | BREWER,                           |
13 |                                   | STIPULATED REQUEST FOR ORDER
   |           Plaintiffs,             | STAYING ACTION  AND ORDER
14 |                                   |
   | vs.                               |
15 |                                   |
   | ROBERT WERRA; JOHN WERRA; 20/20   |
16 | TECHNOLOGIES, INC. and DOES 1-50, |
   | inclusive,                        |
17 |                                   |
   |           Defendants.             |
18

19

20       Plaintiffs 21X Capital Ltd. and David A. Brewer, and defendants Robert

21 Werra, John Werra, and 20/20 Technologies (collectively, "the Parties"), by and through their

22 attorneys of record, hereby stipulate that this action be stayed until no earlier than November

23 1, 2006 (unless a later application or stipulation is filed to lift such stay), and jointly request

24 that the Court enter an order so staying the action. The parties further request that the dates in

25 the "order setting initial case management conference and ADR Deadlines" (including but not

26 limited to the dates for the initial disclosures and the initial case management conference) be

27 vacated, and re-set as appropriate following the lifting of any stay. The parties further request

28 that the pending motion to dismiss or transfer venue be taken off calendar as part of the stay,

without waiver of defendants' right to re-set such motion following the lifting of the stay.

This is an alter ego action in which plaintiffs allege that defendants are alter egos of RJW Acquisitions, L.C. ("RJW"). The Parties request this stay because RJW has filed for bankruptcy in the United States Bankruptcy Court for the Eastern District of Texas (Sherman Division) (case no. 06-40238) and is the subject of ongoing bankruptcy proceedings in that court. Among those proceedings is a pending motion in which the trustee of RJW's estate contends that the estate owns the alter ego claims alleged by plaintiffs in this action. Furthermore, the Parties, as well as RJW's trustee in bankruptcy, have all agreed to attend a mediation in Texas, presently scheduled to take place at some point in October, 2006.

The Parties, as well as RJW's trustee in bankruptcy, all agree that it is in their interests and will promote judicial efficiency if this action is stayed until further activities in RJW bankruptcy proceedings take place and the parties engage in the mediation process.

**IT IS SO STIPULATED.**

For Plaintiffs:

Dated: July 21, 2006             ROGERS JOSEPH O'DONNELL & PHILLIPS

By: _____
AARON SILBERMAN
Attorneys for Plaintiffs 21X CAPITAL LTD. and
DAVID A. BREWER

For Defendants:

Dated: July 21, 2006             MURPHY, PEARSON, BRADLEY & FEENEY

By: _____
JOHN FEENEY
Attorneys for Defendants ROBERT WERRA; JOHN
WERRA; and 20/20 TECHNOLOGIES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 25, 2006       By: *James Ware*
                               HON. JAMES WARE
                               U.S. DISTRICT COURT JUDGE