```
 1  ROGERS JOSEPH O'DONNELL
    THOMAS H. CARLSON (State Bar No. 121367)
 2  AARON P. SILBERMAN (State Bar No. 161021)
    311 California Street
 3  San Francisco, California 94104
    Telephone:  415.956.2828
 4  Facsimile:  415.956.6457

 5  Attorneys for Plaintiffs
    21X CAPITAL LTD. and DAVID A.
 6  BREWER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 21X CAPITAL LTD.; DAVID A. BREWER,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT WERRA; JOHN WERRA; 20/20 TECHNOLOGIES, INC. and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C06-04135 JW (HRL)<br><br>**STIPULATED REQUEST FOR FURTHER ORDER STAYING ACTION** |

Plaintiffs 21X Capital Ltd. and David A. Brewer, and defendants Robert Werra, John Werra, and 20/20 Technologies (collectively, "the Parties"), by and through their attorneys of record, respectfully request that the Court approve the following stipulation staying this action.

This is an alter ego action in which plaintiffs allege that defendants are the alter egos of RJW Acquisitions, L.C. ("RJW"). RJW has filed for bankruptcy in the United States Bankruptcy Court for the Eastern District of Texas (Sherman Division) (case no. 06-40238) and is the subject of ongoing bankruptcy proceedings in that court. In light of those bankruptcy proceedings, the Parties had earlier stipulated to a stay of this action. Specifically, by stipulation and order entered on July 25, 2006, this Court approved the

Parties' request for a stay through November 1, 2006, vacated the dates set forth in the July 3, 2006 "order setting initial case management conference and ADR deadlines" (including but not limited to the dates for the initial disclosures and the initial case management conference) and took defendants' pending motion to dismiss or transfer venue off calendar (without waiver of defendants' right to re-set such motion following the lifting of the stay).

As is relevant to the instant stipulation and request for further stay, two motions are currently pending before the Bankruptcy Court in Texas.  Specifically, on December 4, 2006 the Bankruptcy Court will hear a motion to dismiss the RJW bankruptcy case and, if that motion is denied, on January 25, 2007, the Bankruptcy Court will hear a motion with respect to an alleged violation of the bankruptcy stay (the trustee of RJW's estate contends that the estate owns the alter ego claims pursued by plaintiffs in this action).

In light of these pending motions, the Parties hereby stipulate that this action be stayed until February 1, 2007, subject to the right of any party to terminate the stay upon five (5) court days' written notice.  Such written notice shall be provided both to the Court and to all counsel of record.  Once the stay is lifted, defendants' pending motion to dismiss or transfer shall be re-set and the Parties shall attend a status conference on a date to be set by the Court to discuss the date for initial disclosures, ADR compliance and options, and other trial setting activities.

The Parties, as well as RJW's trustee in bankruptcy, all agree that it will promote judicial efficiency, and is in the interests of the Parties and RJW, if this action is stayed until the further activities in RJW's Bankruptcy case take place.

//
//
//
//
//
//
//

Stipulated Request for Further Order Staying Action – Case No. C06-04135 JW (HRL)

253407.2

1  The Parties respectfully request that the court approve the forgoing stipulation
2  and that the Court enter this stipulation as an order.

3  **IT IS SO STIPULATED.**

4  For Plaintiffs:

5  Dated: November 15, 2006          ROGERS JOSEPH O'DONNELL

6                                    By: /s/ THOMAS CARLSON
7                                        Attorneys for Plaintiffs 21X CAPITAL LTD. and
                                         DAVID A. BREWER
8

9  For Defendants:

10 Dated: November 14, 2006          MURPHY, PEARSON, BRADLEY & FEENEY

11                                   By: /s/ JOHN FEENEY
12                                       Attorneys for Defendants ROBERT WERRA; JOHN
                                         WERRA; and 20/20 TECHNOLOGIES, INC.
13

14

15 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16
17 Dated: November 16, 2006          By: _/s/ James Ware_____
                                         HON. JAMES WARE
18                                       U.S. DISTRICT COURT JUDGE