1  KEKER & VAN NEST, LLP
   JON B. STREETER - #101970
2  COURTNEY TOWLE - #221698
   KEVIN T. REED - #240799
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendants
6  ROBERT WERRA and JOHN WERRA

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | 21X CAPITAL LTD. and DAVID A. BREWER, | Case No. C06-04135 JW (HRL) |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO FILE DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| v. | |
| ROBERT WERRA and JOHN WERRA, | |
| Defendants. | |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that upon the entry of this Order by the Court, Defendants Robert Werra and John Werra will file their Amended Answer to Plaintiff's First Amended Complaint, attached hereto as Exhibit A.

Dated: November 9, 2007    ROGERS JOSEPH & O'DONNELL

By: /s/ Thomas H. Carlson
[Concurrence Obtained by
General Order 45X.B]
THOMAS H. CARLSON
Attorneys for Plaintiffs 21X Capital Ltd. and
David A. Brewer

Dated: November 9, 2007    KEKER & VAN NEST, LLP

By: /s/ Kevin T. Reed
KEVIN T. REED
Attorneys for Defendants
Robert Werra and John Werra

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 09, 2007

_____
JUDGE JAMES WARE