ROGERS JOSEPH O'DONNELL
THOMAS H. CARLSON (State Bar No. 121367)
AARON P. SILBERMAN (State Bar No. 161021)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiffs
21X CAPITAL LTD. and DAVID A. BREWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 21X CAPITAL LTD.; DAVID A. BREWER,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT WERRA; JOHN WERRA; 20/20 TECHNOLOGIES, INC. and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C06-04135 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING JUNE 12, 2007 SCHEDULING ORDER** |

      Plaintiffs 21X Capital Ltd. and David A. Brewer, and defendants Robert Werra and John Werra (collectively, "the Parties"), by and through their attorneys of record, file this stipulation and [proposed] order amending the June 12, 2007 scheduling order. As set forth below, the parties desire to amend the discovery cut-off and certain of the dates relating to the experts. The parties do not believe that these amendments will impact any scheduled hearing dates, and no trial date has been set.

      The parties propose that the discovery and expert dates in the June 12, 2007 scheduling order be modified and amended as follows:

/ / /

/ / /

Page 1

| | | |
|---|---|---|
| 1 | December 28, 2007 | Last day to disclose experts. |
| 2 | January 11, 2008 | Last day to designate rebuttal expert. |
| 3 | February 29, 2008 | Close of fact discovery. |
| 4 | March 10, 2008 | Last day to complete expert discovery; last day to hear motions regarding expert qualifications or proposed testimony. |

**IT IS SO STIPULATED.**

For Plaintiffs:

Dated: November 14, 2007          ROGERS JOSEPH O'DONNELL

By: /s/ THOMAS H. CARLSON
     Attorneys for Plaintiffs 21X CAPITAL LTD. and
     DAVID A. BREWER

For Defendants:

Dated: November 14, 2007          KEKER & VAN NEST

By: /s/ JON STREETER
     Attorneys for Defendants ROBERT WERRA and
     JOHN WERRA

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**
Last Day to Hear Dispositive Motions due by 3/24/2008.
Preliminary Pretrial and Trial Setting Conference set for 6/2/2008 11:00 AM
The Parties shall file a joint Pretrial Statement by 5/23/2008.
This is the parties' FINAL request for continuance.

Dated: Decemeber 5, 2007          _/s/ James Ware_____
                                  HON. JAMES WARE
                                  United States District Court Judge

Page 2

Stipulation Amending June 12, 2007 Scheduling Order – Case No. C06-04135 JW (HRL)

263455.1