ROGERS JOSEPH O'DONNELL
THOMAS H. CARLSON (State Bar No. 121367)
AARON P. SILBERMAN (State Bar No. 161021)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiffs
21X CAPITAL LTD. and DAVID A. BREWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 21X CAPITAL LTD. and DAVID A. BREWER,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT WERRA and JOHN WERRA,<br><br>Defendants. | Case No. C06-04135 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER ADVANCING PRELIMINARY PRETRIAL CONFERENCE** |

      Plaintiffs 21X Capital Ltd. and David A. Brewer, and defendants Robert Werra and John Werra (collectively, "the parties"), by and through their attorneys of record, file this stipulation and [proposed] order regarding the preliminary pretrial conference currently set for June 2, 2008. The parties request that the preliminary pretrial conference in this case be advanced and held on February 25, 2008 at 11:00 a.m. in Department 8, and that the parties submit a preliminary pretrial and trial setting conference statement no later than February 15, 2008.

      This is an alter ego action. Plaintiffs obtained state court judgments against RJW Acquisitions, L.C. ("RJW"), and RJW filed bankruptcy. This alter ego case was then filed against defendant owners of RJW, John and Robert Werra, who removed the case to this Court.

The parties believe that this case will be ready for trial in late May/early June, and they understand that the Court may have some availability then. The parties thus respectfully request that the preliminary pretrial conference be advanced to February 25, 2008 and a trial date be set at such conference. This will be a bench trial.

**IT IS SO STIPULATED.**

For Plaintiffs:

Dated: January __, 2008  ROGERS JOSEPH O'DONNELL

By: /s/ THOMAS H. CARLSON
Attorneys for Plaintiffs 21X CAPITAL LTD. and DAVID A. BREWER

For Defendants:

Dated: January __, 2008  KEKER & VAN NEST

By: /s/ JON STREETER
Attorneys for Defendants ROBERT WERRA and JOHN WERRA

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED. The preliminary pretrial conference currently set for June 2, 2008 is hereby vacated and advanced to February 25, 2008 at 11:00 a.m. in Department 8. The parties are ordered to file a preliminary pretrial and trial setting conference statement (and proposed order) no later than February 15, 2008.

Dated: February 8, 2008

/s/ James Ware
Hon. JAMES WARE
United States District Court Judge