| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KEKER & VAN NEST, LLP<br>JON B. STREETER - #101970<br>DANIEL E. JACKSON - #216091<br>KHARI J. TILLERY - #215669<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Defendants<br>ROBERT WERRA and JOHN WERRA |



2/20/2008

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| 21X CAPITAL LTD. and DAVID A. BREWER,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT WERRA and JOHN WERRA,<br><br>Defendants. | Case No. C06-04135 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE FOR DISPOSITIVE MOTIONS** |
|---|---|

411328.02

STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE FOR DISPOSITIVE MOTIONS
CASE NO. C06-04135 JW (HRL)

## RECITAL

In its most recent scheduling order, the Court set March 24, 2008 as the last date for hearing dispositive motions.

Defendants intend to file a motion for partial summary adjudication on the narrow issue of choice of law—Texas or California.

Defendants believe that early resolution of this issue will allow the parties to engage in more meaningful settlement negotiations and, at the very least, help narrow the scope of the trial.

Due to recent staffing changes within Defendants' legal team, the Defendants need an extension of time to file their motion, which, in turn, would require the Court to extend the last date to hear dispositive motions.

While Plaintiffs do not concede that summary adjudication is the proper vehicle for resolution of this issue, and may raise this point in their opposition, they do agree to an extension of the last date to hear dispositive motions.

Due to various scheduling conflicts, the next available hearing date that works for both parties is April 14, 2008.

## STIPULATION

For the foregoing reasons, the parties, through their undersigned counsel, stipulate and agree to extend the last date for hearing dispositive motions from March 24, 2008 to April 14, 2008.

IT IS SO STIPULATED.

Dated: February 15, 2008                                          KEKER & VAN NEST, LLP

By:   /s/ *Khari J. Tillery*
      KHARI J. TILLERY
      Attorneys for Plaintiff
      Robert Werra and John Werra

| | |
|---|---|
| 1 | Dated: February 15, 2008                        ROGERS JOSEPH O'DONNELL |

By:  /s/ *Thomas H. Carlson*
     THOMAS H. CARLSON
     Attorneys for 21x Capital Ltd. and David A. Brewer

**** **ORDER** ****

The parties' request to continue the Last Date to Hear Dispositive Motions does not impact the previously set Close of Discovery deadline set for February 29, 2008. The Court previously modified the June 12, 2007 Scheduling Order on February 8, 2008 that advanced the Preliminary Pretrial Conference from June 2, 2008 to February 25, 2008. The parties' shall notice and file any dispositive motions according to the Civil Local Rules.

Dated: February 20, 2008

                                      /s/ James Ware
                           THE HONORABLE JAMES WARE
                           United States District Court Judge