ROGERS JOSEPH O'DONNELL
THOMAS H. CARLSON (State Bar No. 121367)
TYSON ARBUTHNOT (State Bar No. 215225)
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Plaintiffs
21X CAPITAL LTD. and DAVID A. BREWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 21X CAPITAL LTD. and DAVID A. BREWER,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ROBERT WERRA and JOHN WERRA,<br><br>        Defendants. | Case No. C06-04135 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW PAPER EXHIBITS AT TRIAL**<br><br>———————————————<br><br>Trial Date:  September 9, 2008 |

      Plaintiffs 21X Capital Ltd. and David A. Brewer, and defendants Robert Werra and John Werra (collectively, "the parties"), by and through their attorneys of record, file this stipulation and [proposed] order regarding the use of paper exhibits at trial.

      As is familiar to the Court, this is an alter ego action which will be tried to the Court rather than to a jury.  Plaintiffs obtained state court judgments against RJW Acquisitions, L.C. ("RJW"), and RJW filed bankruptcy.  This case was then filed against defendant owners of RJW, defendants John and Robert Werra, who removed the case to this Court.  The alter ego claim is the only cause of action in this (essentially) two party case.

      The Court's Preliminary Pretrial Conference Scheduling Order (Bench Trial), dated February 26, 2008, provides that, upon request, in appropriate cases the court will

excuse the parties from using electronically formatted documents in the evidence presentation at trial. The parties stipulate that this case is appropriate for the use of paper exhibits in lieu of electronically formatted exhibits, and hereby request that the Court grant this order allowing the use of such paper exhibits.

**IT IS SO STIPULATED.**

For Plaintiffs:

Dated: July 17, 2008          ROGERS JOSEPH O'DONNELL

By: /s/ THOMAS H. CARLSON
   Attorneys for Plaintiffs 21X CAPITAL LTD. and
   DAVID A. BREWER

For Defendants:

Dated: July 17, 2008          KEKER & VAN NEST

By: /s/ JON STREETER
   Attorneys for Defendants ROBERT WERRA and
   JOHN WERRA

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED. The parties are hereby allowed to use paper exhibits in the evidence presentation at trial.

Dated: _____July 29_____, 2008

_____
Hon. JAMES WARE
United States District Court Judge