IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 21X Capital Ltd., et al., | No. C 06-04135 JW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| Robert Werra, et al., | |
| Defendants. | |
| _____/ | |

Pursuant to the Court's March 19, 2009 Memorandum of Decision; Order Dismissing Action for Lack of Standing, judgment is entered in favor of Defendants Robert Werra and John Werra, against Plaintiffs 21X Capital Ltd. and David Brewer.

Each party shall bear their own fees.  Costs are awarded to Defendants.

The Clerk shall close this file.

Dated:  March 19, 2009

_James Ware_
JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Aaron Paul Silberman aps@rjop.com
   Courtney Towle ctowle@kvn.com
3  Daniel E. Jackson djackson@kvn.com
   Jon Burgess Streeter jstreeter@kvn.com
4  Julian William Mack pmack@buchalter.com
   Kevin Thayer Reed kreed@kvn.com
5  Khari Jamil Tillery kjt@kvn.com
   Thomas H. Carlson tcarlson@rjop.com

6

7
   **Dated:  March 19, 2009**                    **Richard W. Wieking, Clerk**
8

9                                                **By:   /s/ JW Chambers**
                                                 **Elizabeth Garcia**
10                                               **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2