```
ROGERS JOSEPH O'DONNELL
THOMAS H. CARLSON (State Bar No. 121367)
TYSON ARBUTHNOT (State Bar No. 215225)
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Plaintiffs
21X CAPITAL LTD. and DAVID A.
BREWER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 21X CAPITAL LTD.; DAVID A. BREWER,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT WERRA; JOHN WERRA; 20/20 TECHNOLOGIES, INC. and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C06-04135 JW (HRL)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPENSES TO JUNE 1, 2009 |

Defendants Robert Werra and John Werra ("Defendants") originally set their Motion for Attorneys' Fees and Expenses for hearing on May 11, 2009 at 9:00 a.m. Defendants and plaintiffs 21X Capital Ltd. and David A. Brewer ("Plaintiffs"), by and through their attorneys of record, hereby stipulate that the hearing date on such motion be continued to June 1, 2009 at 9:00 a.m. Counsel for plaintiffs have confirmed with the Court's calendaring clerk that this date is available for motion practice. Defendants and plaintiffs hereby request that this stipulated request for a continuance be granted, and that the

//

//

//

Page 1

Stipulation and [Proposed] Order Continuing Hearing Date on Motion for Attorneys' Fees and Expenses to June 1, 2009 – Case No. C06-04135 JW (HRL)

278526.1

[proposed] order be executed.

**IT IS SO STIPULATED.**

For Plaintiffs:

Dated: April 13, 2009                          ROGERS JOSEPH O'DONNELL

                                               By: /s/ THOMAS H. CARLSON
                                               Attorneys for Plaintiffs 21X CAPITAL LTD. and
                                               DAVID A. BREWER

For Defendants:

Dated: April 13, 2009                          KEKER & VAN NEST

                                               By: /s/ JON STREETER
                                               Attorneys for Defendants ROBERT WERRA and
                                               JOHN WERRA

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: April  16 , 2009

                                               _____
                                               HON. JAMES WARE
                                               United States District Court Judge

Page 2

Stipulation and [Proposed] Order Continuing Hearing Date on Motion for Attorneys' Fees and Expenses to June 1, 2009 – Case No. C06-04135 JW (HRL)

278526.1