1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| 21X Capital Ltd., et al., | No. C 06-04135 JW |
|---|---|
| Plaintiffs, | **AMENDED JUDGMENT** |
| v. | |
| Robert Werra, et al., | |
| Defendants. | |

_____/

Pursuant to the Court's March 19, 2009 Memorandum of Decision; Order Dismissing Action for Lack of Standing and the Court's May 27, 2009 Order Amending Judgment; Granting In Part Defendants' Motion for Attorney Fees and Expenses; Granting In Part Defendants' Motion for Review of Clerk's Taxation of Costs, judgment is entered in favor of Defendants Robert Werra and John Werra, against Plaintiffs 21X Capital Ltd. and David Brewer.

Defendants are awarded $1,500,000.00 of fees and expenses.  Defendants are also awarded costs.

Dated:  May 27, 2009

_____
JAMES WARE
United States District Judge

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Aaron Paul Silberman aps@rjop.com
Courtney Towle ctowle@kvn.com
3 | Daniel E. Jackson djackson@kvn.com
Jon Burgess Streeter jstreeter@kvn.com
4 | Julian William Mack pmack@buchalter.com
Kevin Thayer Reed kreed@kvn.com
5 | Khari Jamil Tillery kjt@kvn.com
Thomas H. Carlson tcarlson@rjop.com

6 |

7 |
**Dated:  May 27, 2009**                              **Richard W. Wieking, Clerk**
8 |

9 |                                                     **By:   /s/ JW Chambers**
                                                            **Elizabeth Garcia**
10 |                                                           **Courtroom Deputy**

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2