IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 21X Capital Ltd., et al., | NO. C 06-04135 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; CLOSING FILE** |
| v. | |
| Robert Werra, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on April 4, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement, wherein the parties represented that, following the Ninth Circuit's ruling on Plaintiffs' fee award appeal, there are no further issues for the Court to address in this case. (See Docket Item No. 261.)

In light of the parties' representation, the Court finds that a Case Management Conference is not necessary at this time. Accordingly, the Cort VACATES the April 4 Conference.

The Clerk of Court shall close this file.

Dated: March 30, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron Paul Silberman aps@rjo.com
Courtney Towle ctowle@kvn.com
Daniel E. Jackson djackson@kvn.com
Jon Burgess Streeter jstreeter@kvn.com
Julian William Mack pmack@buchalter.com
Kevin Thayer Reed kreed@kvn.com
Khari Jamil Tillery kjt@kvn.com
Peter Gerard Bertrand pbertrand@buchalter.com
Rachael Elizabeth Meny rem@kvn.com
Thomas H. Carlson tcarlson@rjop.com

**Dated: March 30, 2011**                                         **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers
          Elizabeth Garcia
          Courtroom Deputy**